Pauletta HIGGINS, Appellant

v.

Brenda ANTHONY, Hamilton County Juvenile Court, et al., Appellees.

No. 14–7177.

United States Court of Appeals, District of Columbia Circuit.

Feb. 20, 2015.

Pauletta Higgins, Washington, DC, pro se.

Before: KAVANAUGH and WILKINS, Circuit Judges, and GINSBURG, Senior Circuit Judge.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed November 6, 2014 be affirmed. The district court correctly determined that appellant failed to state a claim upon which relief could be granted, because the complaint did not contain "sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal,* 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (quoting *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007)). The court also correctly determined that venue was improper, because the defendants do not reside, and the events did not occur, in this district. *See* 28 U.S.C. § 1391(b).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.